## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Julie A. Johnson, | Civil No. 06-4458 (RHK/FLN) |
| Plaintiff, | |
| v. | O R D E R |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 6, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 21) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 11) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED**.

Dated: January 3, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge